# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 22-21253 RDB  
**Case Name:** SOCIN, MICHEAL J  

**Period Ending:** 03/20/23

**Trustee:** (360120) Patricia E. Hamilton  
**Filed (f) or Converted (c):** 12/21/22 (f)  
**§341(a) Meeting Date:** 01/18/23  
**Claims Bar Date:** 06/22/23

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 14175 W. 143rd Street, Olathe, KS 66062 | 648,100.00 | 0.00 | | 0.00 | FA |
| 2 | Items purchased at Nebraska Furniture Mart | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods | 8,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding ring, watch, miscellaneous items | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Mazuma Credit Union | 100.00 | 2,027.06 | | 0.00 | 2,027.06 |
| 8 | Savings: Mazuma Credit Union | 20.00 | 0.00 | | 0.00 | FA |
| 9 | Thrift Savings Plan: Social Security Admin | Unknown | 0.00 | | 0.00 | FA |
| 10 | Claim against Department of Veterans Affairs | Unknown | 0.00 | | 0.00 | FA |
| 11 | Pre-petition wages paid post-petition (u) | 0.00 | 504.25 | | 0.00 | 504.25 |
| 12 | TAX REFUNDS - 2020, 2021 & 2022 (u) | 0.00 | 6,126.00 | | 0.00 | 6,126.00 |
| 12 | **Assets** Totals (Excluding unknown values) | **$660,240.00** | **$8,657.31** | | **$0.00** | **$8,657.31** |

**Major Activities Affecting Case Closing:**

Trustee awaiting 2020 through 2022 tax refunds, reviewing bank statements and paystub.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 22-21253 RDB | **Trustee:** (360120) Patricia E. Hamilton |
| **Case Name:** SOCIN, MICHEAL J | **Filed (f) or Converted (c):** 12/21/22 (f) |
| | **§341(a) Meeting Date:** 01/18/23 |
| **Period Ending:** 03/20/23 | **Claims Bar Date:** 06/22/23 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2023     **Current Projected Date Of Final Report (TFR):** December 31, 2023